

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE ELLIS**

**MAGISTRATE JUDGE SCHENKIER**

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 17 CR 305 |
| v. | Violation: Title 18, United States Code, Section 1014 |
| CHARLES H. LANDWER, JR. | |

The SPECIAL FEBRUARY 2017 GRAND JURY charges:

On or about February 17, 2016, at Streamwood, in the Northern District of Illinois, Eastern Division,

CHARLES H. LANDWER, JR.,

defendant herein, knowingly made a false statement to State Farm Bank, a financial institution the accounts of which were insured by the Federal Deposit Insurance Corporation, for the purpose of influencing the action of State Farm Bank upon an application for a car loan to defendant LANDWER in the amount of approximately $27,000. Namely, defendant LANDWER stated that he was employed by "ACCURATE FINANCE," in the position of "ACCOUNTANT"; he had been employed with this company for "18 years 8 months"; and his gross income from this employment was "$85,000" "annually." At the time defendant LANDWER made these statements, he knew they were false.



FILED

JUN 08 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

In violation of Title 18, United States Code, Section 1014.

A TRUE BILL

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY